```
Court Name: District Cou
rt
Division: 3
Receipt Number: FLN30001
2145
Cashier ID: abridges
Transaction Date: 08/15/
2016
Payer Name: LAKEISHA WAI
TER
------------------------
CRIMINAL DEBT
  For: LAKEISHA WAITER
  Case/Party: D-FLF-3-16-
  00-000212-001
  Amount:        $65.00
------------------------
CREDIT CARD
  Amt Tendered:  $65.00
------------------------
Total Due:       $65.00
Total Tendered:  $65.00
Change Amt:       $0.00


Note: Returned check fee
is $53
```